LK:CAC
F.#2010R00883

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 14 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

OLAMIDE MARGARET AWUSIKA,

         Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. 399
(T. 21, U.S.C., §§
841(a)(1),
841(b)(1)(A)(i), 952(a),
960(a)(1) and
960(b)(1)(A); T. 18,
U.S.C., §§ 3551 et seq.)

AMON, J.

BLOOM, M.J.

THE GRAND JURY CHARGES:

COUNT ONE
(Importation of Heroin)

On or about April 15, 2010, within the Eastern District of New York and elsewhere, the defendant OLAMIDE MARGARET AWUSIKA did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO
(Possession of Heroin with Intent to Distribute)

On or about April 15, 2010, within the Eastern District of New York, the defendant OLAMIDE MARGARET AWUSIKA did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

2

F. #2010R00883
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

Olamide Margaret Awusika,

Defendant.

## INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(i), 952(a), 960(a)(1) and 960(b)(1)(A); T. 18, U.S.C., §§ 3551 et seq.)

*A true bill.*

_____ Foreman

*Filed in open court this* __14th__ *day,*
*of* __May__ *A.D. 20* __10__

_____ Clerk

*Bail, $* _____

Celia A. Cohen, Assistant U.S. Attorney (718-254-6147)

## INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAY 14 2010 ★
BROOKLYN OFFICE

2010R00883
USAO#~~2009R02132~~

399

AMON. J
BLOOM, M.J.

1. Title of Case: __United States v. Olamide Margaret Awusika__

2. Related Magistrate Docket Number(s)   __M-10-424__

    None ( )

3. Arrest Date:   4/16/10

4. Nature of offense(s):   X   Felony
                           ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

6. Projected Length of Trial:   Less than 6 weeks   ( X )
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed:   __Queens__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?   ( ) Yes   ( X ) No

9. Have arrest warrants been ordered?   ( ) Yes   ( X ) No

10. Is a capital count included in the indictment?   ( ) Yes   ( X ) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _/s/ Celia A. Cohen_
Celia A. Cohen
Assistant U.S. Attorney
(718) 254-6147

Rev. 10/01/03